```
1   McGREGOR W. SCOTT
    United States Attorney
2   JOSEPH E. MALONEY
    Assistant United States Attorneys
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2750

5   Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR A BETTER CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; JOE G. ZAPATA, United States Postmaster for the Santa Ana Main Office; THE CALIFORNIA RECOVERY TEAM; GOVERNOR SCHWARZENEGGER'S CALIFORNIA RECOVERY TEAM; DOES 1-5, et al., <br><br> Defendants. | No. 2:05-CV-02124-GEB-DAD <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER |

The parties, through their respective counsel, stipulate that the various defendants shall have until January 31, 2006 to respond to plaintiff's complaint, an extension in excess of 30 days.

Respectfully submitted,

Dated: December 14, 2005   McGREGOR W. SCOTT
                           UNITED STATES ATTORNEY

                           /s/Joseph E. Maloney
                           JOSEPH E. MALONEY
                           ASSISTANT U. S. ATTORNEY
                           Attorney for Federal Defendants

1

```
 1  Dated: December 14, 2005
                                    /s/Charles H. Bell, Jr.
 2                                  CHARLES H. BELL, JR.
                                    Attorney for CRT, et al
 3
    Dated: December 14, 2005
 4                                  /s/Deborah B. Caplan
                                    DEBORAH B. CAPLAN
 5                                  Attorney for Plaintiff

 6

 7                                  ORDER

 8     IT IS SO ORDERED.

 9  DATED:   December 16, 2005

10                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
11                                  United States District Judge

12

...

28
```