McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799

Attorneys for Defendants U.S. Postal Service
and Joe G. Zapata, Postmaster

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR A BETTER CALIFORNIA, | No. 2:05-CV-02124-GEB-DAD |
| Plaintiff, | **SUBSTITUTION OF COUNSEL WITH PROPOSED ORDER** |
| v. | |
| UNITED STATES POSTAL SERVICE, et al, | |
| Defendant. | |

Defendant hereby substitutes David T. Shelledy as the Assistant U.S. Attorney responsible for defense of the federal defendants in this matter, in place of Joseph E. Maloney.

All orders, pleadings, motions, and other materials required to be served on defendant should be sent to David T. Shelledy at the Office of the United States Attorney, whose address is listed above.

```
                                    Respectfully submitted,

Dated: February 9, 2006             McGREGOR W. SCOTT
                                    United States Attorney


                                    By:   /s/ David T. Shelledy
                                          DAVID T. SHELLEDY
                                          Assistant U.S. Attorney



                                    ORDER

It is so ordered.

Dated:  March 1, 2006


                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```