McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2750

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR A BETTER CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE &<br>JOE G. ZAPATA, Postmaster,<br><br>　　　　Defendants. | No. 2:05-CV-02124-GEB-DAD<br><br>STIPULATION CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT<br><br>DATE:　　September 5, 2006<br>TIME:　　9:00 a.m.<br>COURTROOM: 10<br>　　　　(13th Floor) |

　　It is stipulated between the parties as follows:

　　1. Plaintiff filed its motion for summary judgment on August 8, 2006.

　　2. On about August 6, 2006, Government counsel David Shelledy left for a two-week vacation in Hawaii, and will return to work on August 21, 2006.

　　3. Government counsel will need until September 6, 2006 to prepare and file Defendants' opposition to Plaintiff's motion for summary judgment, and Defendants' cross-motion for summary judgment. Counsel for Plaintiff has graciously agreed to give Defendants

1

additional time to file its opposition and cross-motion.

    4. The parties therefore stipulate to the following briefing and hearing schedule:

| | |
|---|---|
| September 6, 2006 | Deadline for Defendants to file opposition to Plaintiff's motion for summary judgment, and to file Defendants' cross-motion for summary judgment |
| September 18, 2006 | Deadline for Plaintiff to file reply to Defendant's opposition, and to file opposition to Defendants' cross-motion |
| September 25, 2006 | Deadline for Defendant to file reply to Plaintiff's opposition |
| October 2, 2006 at 9:00 a.m. | Hearing on Plaintiff's motion and Defendants' cross motion |

DATED: August 15, 2006    McGREGOR W. SCOTT
    United States Attorney

By:   /s/ David Shelledy
DAVID T. SHELLEDY
Assistant United States Attorney
Attorneys for the United States

DATED: August 15, 2006    OLSON HAGEL & FISHBURN LLP

By:   /s/ Deborah B. Caplan
DEBORAH B. CAPLAN
Attorneys for Plaintiff

## ORDER

For good cause, the foregoing Stipulation and briefing schedule is approved.

Dated: August 16, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge