Deborah B. Caplan [SBN 196606]
Lance H. Olson [SBN 077634]
Richard C. Miadich [SBN 224873]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*
ALLIANCE FOR A BETTER CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR A BETTER CALIFORNIA,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES POSTAL SERVICE;<br>JOE G. ZAPATA, United States Postmaster for the Santa Ana Main Office; DOES 1-5, et al.,<br><br>        Defendants. | **CASE NO.:**  2:05-CV-02124-GEB-DAD<br><br>**SECOND STIPULATION CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Before the Honorable Garland E. Burrell, Jr. |

It is stipulated between the parties as follows:

    1.    By stipulation dated August 16, 2006, it was agreed that Plaintiff would file a combined reply to Defendants' opposition to Plaintiff's summary judgment motion and opposition to Defendants' cross-summary judgment motion on or before September 18, 2006, and that Defendants would file any reply to Plaintiff's opposition to their cross-summary judgment motion on or before September 25, 2006.

    2.    Due to attention required in other matters, Plaintiff's counsel will need until September 25, 2006 to prepare and file its combined reply to Defendants' opposition to Plaintiff's summary judgment motion and opposition to Defendant's cross-summary judgment motion.  Government counsel

1

PDF created with pdfFactory trial version www.pdffactory.com

has graciously agreed to give Plaintiff additional time to file its combined reply to Defendants' opposition to Plaintiff's summary judgment motion and opposition to Defendant's cross-summary judgment motion.

    3.    The parties therefore stipulate to the following briefing and hearing schedule:

| | |
|---|---|
| September 25, 2006 | Deadline for Plaintiff to file its reply to Defendants' opposition to Plaintiff's summary judgment motion and opposition to Defendant's cross-summary judgment motion. |
| October 6, 2006 | Deadline for Defendants to file their Reply to Plaintiff's Opposition to Defendant's cross-summary judgment motion. |
| October 16, 2006 | Hearing on Plaintiff's summary judgment motion and Defendants' cross motion. |

Dated: September 14, 2006    Respectfully submitted,

    OLSON HAGEL & FISHBURN LLP
    Deborah B. Caplan
    Lance H. Olson
    Richard C. Miadich

    By: _____/s/ Deborah B. Caplan_____
        DEBORAH B. CAPLAN
        Attorneys for Plaintiffs

Dated September 14, 2006    McGREGOR W. SCOTT
    United States Attorney

    By: _____/s/ David W. Shelledy_____
        DAVID W. SHELLEDY
        Assistant United States Attorney
        Attorneys for the United States

The foregoing Second Stipulation and briefing schedule is approved.

DATED: September 15, 2006

    /s/ Garland E. Burrell, Jr.

    **GARLAND E. BURRELL, JR.**

    United States District Judge

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com